AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 13-5475    DATE FILED 9/19/13 | EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE<br>*SUBSCRIBER ASSIGNED IP ADDRESS 68.42.29.21* |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SEE ATTACHED | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 68.42.29.21

**ISP:** Comcast Cable
**Location:** Upper Darby, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 06/02/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 05/30/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/14/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 07/03/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/01/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/23/2013 |
| Hot Chocolate | PENDING | 07/11/2013 | 08/02/2013 | 07/13/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/15/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/22/2013 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 06/24/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/16/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/18/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 04/26/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/20/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/24/2013 |
| Wonder Waltz | PENDING | 07/15/2013 | 08/02/2013 | 07/16/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/04/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 18**

EXHIBIT B

EPA183